PAUL HSU et al., Appellants, v LIU & SHIELDS LLP et al., Respondents.

Submitted August 24, 2015; decided October 27, 2015

Motion, insofar as it seeks leave to appeal from that portion of the Appellate Division order as dismissed the appeal from the October 2013 Supreme Court order, dismissed upon the ground that such portion of the order does not finally determine

the action within the meaning of the Constitution; motion for leave to appeal otherwise denied. Motion for poor person relief dismissed as academic.